IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHERYL MORR and <br> DAVID MEDLOCK, On Behalf of <br> Themselves and All Others Similarly <br> Situated, <br><br>            Plaintiffs, <br><br> vs. <br><br> PLAINS ALL AMERICAN PIPELINE, <br> L.P., and PLAINS PIPELINE L.P., <br><br>            Defendants. | Case No. 17-cv-163-SMY |

## JUDGMENT IN A CIVIL ACTION

**IT IS HEREBY ORDERED AND ADJUDGED** that, having been advised by the parties that all claims in this matter have been settled or otherwise resolved, Plaintiffs' claims against the Defendants are **DISMISSED with prejudice**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

DATED:  February 11, 2022        MARGARET M. ROBERTIE,
                                                            Clerk of Court

                                                            By: s/ Stacie Hurst, Deputy Clerk

Approved:

*Staci M. Yandle*

**STACI M. YANDLE**
**U.S. DISTRICT JUDGE**